IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

PREPARED FOOD PHOTOS, INC. f/k/a/
ADLIFE MARKETING & COMMUNICATIONS CO., INC.,

                 Plaintiff,

  vs.

KARL'S COUNTRY MARKET, INC.

         Defendant and Third Party Plaintiff,

  vs.

HOMETOWN PUBLICATIONS II, INC. d/b/a EXPRESS NEWS

    Third - Party Defendant.

Honorable William Duffin

Case No. 2:22-cv-652

_____

## NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
_____

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Defendant and Third Party Plaintiff Karl's Country Market, Inc., hereby gives notice that the above captioned third party action against the third party defendant Hometown Publications II, Inc. d/b/a Express News is voluntarily dismissed, without prejudice.

Dated this 26th day of September 2022.

                                                JEFFREY LEAVELL, S.C.

                                                *Electronically signed by Jeffrey Leavell*
                       By:   _____
                                     Jeffrey Leavell
                                     State Bar No.: 1004734
                                     Attorneys for Defendant and Third Party Plaintiff Karl's Country Market, Inc.

P.O. Address
723 S. Main Street
Racine, WI  53403-1211
Telephone: (262) 633-7322
Facsimile:  (262) 633-7323

1