UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Case No. 2:22-cv-00652-WED

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

HOMETOWN PUBLICATIONS II, INC.
d/b/a EXPRESS NEWS,

    Defendant.

## **STIPULATION OF DISMISSAL AS TO KARL'S COUNTRY MARKET ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Karl's Country Market, Inc. ("Karl's Country Market") hereby jointly and mutually stipulate to the dismissal of all claims ***asserted or that could have been asserted against Karl's Country Market only***, with prejudice, with each of Plaintiff and Karl's Country Market to bear the cost of its own attorneys' fees and costs incurred with respect to any claims between them. Plaintiff and Karl's Country Market have entered into a settlement agreement that fully resolves the claims in this lawsuit between Plaintiff and Karl's Country Market.

For the avoidance of doubt, nothing in this Stipulation of Dismissal is intended to dismiss/discontinue any claims against defendant Hometown Publications II, Inc.

Respectfully submitted on September 29, 2022.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301 | JEFFREY LEAVELL, S.C.<br>723 S. Main Street<br>Racine, WI 53403-1211 |

| | |
|---|---|
| Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza<br>     Daniel DeSouza, Esq. | Telephone: (262) 633-7322<br>Facsimile: (262) 633-7323<br>jeff@jeffreyleavell.com<br>sharon@jeffreyleavell.com<br><br>*Attorneys for Defendant*<br><br>By: /s/ Jeffrey Leavell<br>     Jeffrey Leavell, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.